B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ready Electric Supply and Sales Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2585117** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1821 W. Holtz**<br>**Addison, IL**<br>ZIP Code **60101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**United States of A** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Suburban Bank & Trust Account No. 1002518** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ready Electric Supply and Sales Co., Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr><td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|     _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Ready Electric Supply and Sales Co., Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Daniel Giudice**
Signature of Attorney for Debtor(s)

**Daniel Giudice**
Printed Name of Attorney for Debtor(s)

**GIUDICE LAW, LTD.**
Firm Name

**201 North Church Road**
**Bensenville, IL 60106**

_____
Address

**Email: giudicelaw@gmail.com**
**630-595-4520  Fax: 630-595-4598**
Telephone Number

**January 25, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Super**
Signature of Authorized Individual

**Michael Super**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 25, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ready Electric Supply and Sales Co., Inc.** _____ ,      Case No. _____

                                                    Debtor

                                                              Chapter_____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 8,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 454,534.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 8,000.00 | | |
| Total Liabilities | | | | 454,534.57 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ready Electric Supply and Sales Co., Inc.**                ,

                                   Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Ready Electric Supply and Sales Co., Inc.** ,                          Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Ready Electric Supply and Sales Co., Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Suburban Bank & Trust checking Acct No XXX2518** | - | 8,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        8,000.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ready Electric Supply and Sales Co., Inc.**                                          ,         Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ready Electric Supply and Sales Co., Inc.**                                          ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >            0.00
(Total of this page)

Total >            8,000.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Ready Electric Supply and Sales Co., Inc.**                                          Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | | |
| | | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Ready Electric Supply and Sales Co., Inc.**                                    Case No. _____

,

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Ready Electric Supply and Sales Co., Inc.** ,                      Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales Tax | | | | | |
| **ILLINOIS DEPARTMENT OF REVENUE RETAILERS OCCUPATION TAX SPRINGFIELD, IL 62796-0001** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  1    of  1    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | 0.00 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Ready Electric Supply and Sales Co., Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Other Bill Judy Haggins - 262-293-1700 | | | | |
| Acme Electrical Corporation PO Box 3241 Menomonee Falls, WI 53051-3241 | - | | | | | | | | |
| | | | | | | | | | 3,382.24 |
| Account No. | | | | | Other Bill Contact - Bill Phone - 816/842-6400 Fax - 816/842-6401 | | | | |
| Advanced ANR Systems 301 Broadway Kansas City, MO 64105-1133 | - | | | | | | | | |
| | | | | | | | | | 282.00 |
| Account No. | | | | | Other Bill Contact - DARLENE Phone - 856-225-2073 Fax - 609/541-2677 | | | | |
| All Current Electrical 1529 Admiral Wilson Blvd. Camden, NJ 08109 | - | | | | | | | | |
| | | | | | | | | | 273.50 |
| Account No. | | | | | Other Bill Contact - Patti Phone - 815-895-7000 | | | | |
| American Bare Conductor 421 N. California Sycamore, IL 60178 | - | | | | | | | | |
| | | | | | | | | | 470.34 |

| | | | |
|---|---|---|---|
| __22__ continuation sheets attached | | Subtotal (Total of this page) | 4,408.08 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
S/N:40280-101201   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ready Electric Supply and Sales Co., Inc.**                                        ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Other Bill | | | | |
| **American Flourescent** **1740 Momentum Place** **Chicago, IL 60689-5317** | | - | | | | | | 192.00 |
| Account No. 630 766-8140 725 6 | | | | Utility Bill Phone - 877/325-0445 Land Lines | | | | |
| **AT&T** **PO Box 8100** **Aurora, IL 60507-8199** | | - | | | | | | 801.89 |
| Account No. 832644716 | | | | Utility Bill Phone - 800-331-0500 | | | | |
| **AT&T Mobility** **PO Box** **Carol Stream, IL 60197-6463** | | - | | | | | | 537.94 |
| Account No. | | | | Other Bill | | | | |
| **Bensman Light Source** **26677 W 12 MILE ROAD** **SOUTHFIELD, MI 48034** | | - | | | | | | 628.20 |
| Account No. REA300 | | | | Other Bill | | | | |
| **Breakers Unlimited** **15241 STONEY CREEK WAY** **OBLESVILLE, IN 46060** | | - | | | | | | 2,474.00 |

Sheet no. __1___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,634.03

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.**                                   ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill VALERIE A/P 203-381-3425 Fax - 203-381-3488 | | | | |
| **Bridgeport Fittings PO BOX 619 BRIDGEPORT, CT 06601-0619** | - | | | | | | | |
| | | | | | | | | 179.85 |
| Account No. | | | | Other Bill 800-882-5842 X24463 A/R | | | | |
| **BRK ELECTRONICS, INC. 5544 PAYSPHERE CIRCLE CHICAGO, IL 60674** | - | | | | | | | |
| | | | | | | | | 1,032.56 |
| Account No. | | | | Other Bill PHONE - 201-806-7243  FAX - 201-531-1217 | | | | |
| **BULBRITE INDUSTRIES PO BOX 4108 SO. HACKENSACK, NJ 07606-4108** | - | | | | | | | |
| | | | | | | | | 283.45 |
| Account No. | | | | Other Bill CONTACT - JENNIFER PHONE - 800/922-9226 | | | | |
| **CANDELA CORPORATION FILE 1033 1801 W. OLYMPIC BLVD. PASADENA, CA 91199-1033** | - | | | | | | | |
| | | | | | | | | 897.91 |
| Account No. | | | | Credit Card 800-955-6600 | | | | |
| **Capitol One PO Box 6492 Carol Stream, IL 60197-6492** | - | | | | | | | |
| | | | | | | | | 17,942.05 |

Sheet no. __2___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,335.82

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.**                                      ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**CHICAGO ELECTRIC MFG.** <br>**PO BOX 129** <br>**ELMHURST, IL 60126** | - | | | **Other Bill [PEARSON BECKER]** | | | | 92.20 |
| Account No. <br><br>**CHICAGO LIGHTING, INC.** <br>**517 W. GOLF ROAD** <br>**ARLINGTON HEIGHTS, IL 60005** | - | | | **Other Bill JOANNE PHONE - 847-439-5030 FAX - 847-671-9498** | | | | 631.12 |
| Account No. <br><br>**CHICAGO SWITCHBOARD CO.** <br>**470 W. WRIGHTWOOD AVE.** <br>**ELMHURST, IL 60126** | - | | | **Other Bill PHONE - 630/833-2266 FAX - 630/833-2277** | | | | 4,500.00 |
| Account No. 9533 & 9532 <br><br>**CITY OF WOOD DALE** <br>**PO BOX 396** <br>**WOOD DALE, IL 60191-1596** | - | | | **Utility Bill GEORGE GOODHUE PHONE - 630/766-4900 FAX - 630-595-8374** | | | | 178.51 |
| Account No. <br><br>**COLE WIRE & CABLE CO., INC.** <br>**620 MARGATE DRIVE** <br>**LINCOLNSHIRE, IL 60069** | - | | | **Other Bill PHONE - 800-323-1403 FAX - 847-634-4988** | | | | 806.00 |

Sheet no. __3__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,207.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.**           ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**COLEMAN / CCI<br>P.O. BOX 933091<br>ATLANTA, GA 31193-3091** | - | | **Other Bill CINDY A/R X2357 PHONE - 847/672-2300 FAX - 847-689-9095** | | | | 578.53 |
| Account No.<br><br>**COLONIAL WIRE & CABLE<br>P.O. BOX 27031<br>NEWARK, NJ 07101-6713** | - | | **Other Bill LUPE A/P-BECKER PHONE - 631-234-8500 MICHELLE FAX - 631-234-8544** | | | | 839.30 |
| Account No.<br><br>**COMCAST<br>P.O. BOX 3001<br>SOUTHEASTERN, PA 19398-3001** | - | | **Other Bill** | | | | 402.52 |
| Account No.<br><br>**CONDUIT PIPE PRODUCTS<br>P.O. BOX 64180-07<br>BALTIMORE, MD 21264** | - | | **Other Bill BRENDA PHONE - 800-879-5179 FAX - 614-879-5185** | | | | 1,038.46 |
| Account No.<br><br>**COOPER CROUSE HINDS<br>P.O. BOX 640239<br>PITTSBURGH, PA 15264-0239** | - | | **Other Bill WENDY PHONE - 315/477-7000 FAX - 315/477-5717** | | | | 236.46 |

Sheet no. __4___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
        (Total of this page)       **3,095.27**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ready Electric Supply and Sales Co., Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**COOPER LIGHTING PNC BANK**<br>**P.O. BOX 640460**<br>**PITTSBURGH, PA 15264-0460** | - | | | | Other Bill BRIAN HALL PHONE - 770-486-4141 FAX - 770-486-4018 | | | | 9,714.17 |
| Account No.<br><br>**DURA-PLY ROOFING**<br>**151 S. ROHLWING ROAD**<br>**ADDISON, IL 60101** | - | | | | Other Bill | | | | 804.83 |
| Account No.<br><br>**E-MON, LLC.**<br>**BOX 512415**<br>**PHILADELPHIA, PA 19175-2415** | - | | | | Other Bill PAULA PHONE - 800-334-3666 FAX - 215-752-3094 | | | | 2,364.98 |
| Account No.<br><br>**EDWARDS SIGNALING**<br>**PO BOX 277752**<br>**ATLANTA, GA 30384-7752** | - | | | | Other Bill ROB X7074 PHONE - 888-484-2807 | | | | 1,430.70 |
| Account No.<br><br>**EIKO**<br>**P.O. BOX 870790**<br>**KANSAS CITY, MO 64187-0790** | - | | | | Other Bill Kim - accouning PHONE - 913-441-8500 FAX - 913-441-6679 | | | | 137.45 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,452.13

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.** _____ ,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Other Bill PHONE - 203-937-3029 FAX - 203-937-3028 | | | | |
| ELECOR MFG. LLC. 13 WOOD STREET WEST HAVEN, CT 06516 | - | | | | | | | | 181.64 |
| Account No. | | | | | Other Bill PHONE - 800-999-2218 | | | | |
| ELECTRO TAPE SPECIALTIES, INC. P.O. BOX 1014 ODESSA, FL 33556 | - | | | | | | | | 501.84 |
| Account No. | | | | | Other Bill COLLEEN TESTA A/P X228 PHONE - 630-279-6000 | | | | |
| ELMHURST FORD 678 N. YORK ROAD ELMHURST, IL 60126 | - | | | | | | | | 390.47 |
| Account No. | | | | | Other Bill CONTACT - ELLEN PHONE - 847-640-7701 FAX - 847-640-0565 | | | | |
| ERICKSON ELECTRICAL EQUIPMT. CO. 475 BONNIE LANE ELK GROVE VILLAGE, IL 60007 | - | | | | | | | | 905.64 |
| Account No. | | | | | Other Bill A/P - GAIL X2306 PHONE - 440-248-0100 FAX - 440-248-0100 | | | | |
| ERICO 3138 PAYSPHERE CIRCLE CHICAGO, IL 60674 | - | | | | | | | | 604.53 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,584.12

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.**                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | - | | | Other Bill PHONE - 630-325-6100 FAX - 630-325-6838 | | | | |
| **ETCON C/O EQUITY ELECTRICAL P.O. BOX 8500 (S-6155) PHILADELPHIA, PA 19178-6155** | | | | | | | | 229.50 |
| Account No. 7187 6000 0020 9368 | - | | | Other Card GAS CARD | | | | |
| **EXXON MOBILE - PROCESSING CENTER PO BOX 688938 DES MOINES, IA 50368-8938** | | | | | | | | 3,103.39 |
| Account No. | - | | | Other Bill PHONE - 800/622-1147  OVERNIGHT ENVELOPE | | | | |
| **FEDERAL EXPRESS CORP. PO BOX 1140 MEMPHIS, TN 38101** | | | | | | | | 11.98 |
| Account No. 01-0038290 2 | - | | | Utility Bill DONNA A/R 630-261-0400 CUST SVC | | | | |
| **FLOOD BROTHERS DISPOSAL P.O. BOX 95229 PALATINE, IL 60095-0229** | | | | | | | | 869.84 |
| Account No. | - | | | Other Bill PHONE - 214-357-6676 FAX - 214-357-5201 | | | | |
| **FUSECO PO BOX 560547 DALLAS, TX 75356-0547** | | | | | | | | 516.10 |

Sheet no. __7__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,730.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.** ,                           Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. WDC-0492664-03 <br><br> G.A. CRANDALL & COMPANY <br> 6851 W. 167TH ST. <br> TINLEY PARK, IL 60477 | | - | | | Other Bill PATRICK L. NOLAN PHONE - 708-633-8100 CELL 312-406-9764 FAX - 708-633-5053 AUDIT FOR DATES 7/19/09 - 7/19/10 | | | | 713.00 |
| Account No. <br><br> GALVAN INDUSTRIES - C/O EQUITY ELECTRICA <br> P.O. BOX 8500 (S-6155) <br> PHILADELPHIA, PA 19178-6155 | | - | | | Other Bill SHARON PHONE - 704-456-1080 | | | | 213.40 |
| Account No. <br><br> GARVIN INDUSTRIES INC. <br> 3700 SANDRA STREET <br> FRANKLIN PARK, IL 60131 | | - | | | Other Bill CRAIG WATSON X235 PHONE - 847-455-0188 FAX - 847-455-0334 | | | | 897.95 |
| Account No. <br><br> GE INDUSTRIAL SYSTEMS <br> PO BOX 402497 <br> ATLANTA, GA 30384-2497 | | - | | | Other Bill MAI A/P 800-332-4349 FAX 704-586-3506 | | | | 8,005.99 |
| Account No. 1000227941 <br><br> GEXPRO <br> P.O. BOX 100275 <br> ATLANTA, GA 30384 | | - | | | Other Bill SYLVIA - COLLECTIONS PHONE - 630-718-6532 FAX - 630-718-6516 | | | | 11,257.53 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,087.87

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.** ,                     Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Other Bill PHONE - 708-671-0811 | | | | |
| GM LIGHTING LLC P.O. BOX 504204 ST. LOUIS, MO 63150-4204 | | - | | | | | | | |
| | | | | | | | | | 262.35 |
| Account No. | | | | | Other Bill KAREN A/P 847-647-3593 | | | | |
| GRAINGER DEPT. 801796665 PALATINE, IL 60038 | | - | | | | | | | |
| | | | | | | | | | 514.94 |
| Account No. | | | | | Other Bill TURNED OVER TO COLLECTION AGENCY THEN TO LAW OFFICES OF: PHILLLIP R. SAUER, LLC 3 GOLF ROAD SUITE 352 HOFFMAN ESTATES, IL 60169 PHONE - 847-621-6300 TOLL FREE - 800-876-9106 FILE #470841-4 ACCT# 0492664 | | | | |
| HANOVER INSURANCE CO. P.O. BOX 580045 CHARLOTTE, NC 28258-0045 | | - | | | | | | | |
| | | | | | | | | | 50.66 |
| Account No. | | | | | Other Bill Debbie X109 A/R PHONE - 469-241-1900 FAX - 469-241-1902 | | | | |
| HIGUCHI INC., USA 1501 SUMMIT AVE. SUITE #2 PLANO, TX 75074 | | - | | | | | | | |
| | | | | | | | | | 923.41 |
| Account No. | | | | | Other Bill 800/444-7873 | | | | |
| HINCKLEY SPRINGS P.O. BOX 660579 DALLAS, TX 75266-0579 | | - | | | | | | | |
| | | | | | | | | | 702.58 |

| | | |
|---|---|---|
| Sheet no. __9__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,453.94 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ready Electric Supply and Sales Co., Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill 864-678-1000 | | | | |
| HUBBELL LIGHTING INC. 701 MELLENNIUM BLVD. GREENVILLE, SC 29607 | - | | | | | | | 506.02 |
| Account No. | | | | Other Bill PATTI TINNEL X233 OR MARY PHONE - 800/458-6855 FAX - 419/483-7690 | | | | |
| INTERNATIONAL METAL HOSE 520 GOODRICH ROAD BELLEVUE, OH 44811 | - | | | | | | | 279.58 |
| Account No. | | | | Other Bill CONTACT - T.J. PHONE - 866-844-3873 FAX - 847-865-5324 | | | | |
| INTERSTATE BATTERY 333-A WEST STATE ROAD ISLAND LAKE, IL 60042 | - | | | | | | | 176.90 |
| Account No. | | | | Other Bill Roz PHONE - 800-749-3920 FAX - 954-767-0638 | | | | |
| J D INTERNATIONAL P.O. BOX 668755 POMPANO BEACH, FL 33066 | - | | | | | | | 2,987.39 |
| Account No. | | | | Rent | | | | |
| JACK WEISS 2242 VALENCIA DRIVE NORTHBROOK, IL 60062 | - | | | | | | | 49,564.25 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,514.14

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.**                                ,   Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **KENALL MFG. CO. PO Box 95872 CHICAGO, IL 60694** | - | | Other Bill MARIA PHONE - 847-360-8200 FAX - 847-360-8603 | | | | 258.47 |
| Account No. **KICHLER LIGHTING P.O. BOX 71-3233 COLUMBUS, OH 43271-3233** | - | | Other Bill ALEX 800-659-9000 BILLING FAX - 216/573-2270 | | | | 1,020.09 |
| Account No. **KING ELECTRICAL MFG. CO. 9301 10TH AVE. SOUTH SEATTLE, WA 98108-4612** | - | | Other Bill | | | | 295.32 |
| Account No. **KING INNOVATION PO BOX 771580 ST. LOUIS, MO 63177** | - | | Other Bill Tammy PHONE - 800/633-0232 FAX - 636/519-5400 | | | | 361.52 |
| Account No. **KLEIN TOOLS INC. 450 BOND ST. LINCOLNSHIRE, IL 60069** | - | | Other Bill COURTNEY X13238 PHONE - 847/821-5500 FAX - 708-469-2539 | | | | 508.34 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,443.74

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ready Electric Supply and Sales Co., Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Other Bill STEVE CARBON PHONE - 630-595-4520 FAX - 630-595-4598 | | | | |
| KUPISCH  & CARBON, LTD 201 N. CHURCH ROAD BENSENVILLE, IL 60106 | - | | | | | | | | 4,113.00 |
| Account No. | | | | | Other Bill PHONE - 708/345-2075 FAX - 708-345-6490 | | | | |
| LEW ELECTRIC FITTINGS 1801 W. ST. CHARLES ROAD MAYWOOD, IL 60153 | - | | | | | | | | 1,664.82 |
| Account No. | | | | | Other Bill Julie Nicoletti A/R PHONE - 508-646-3017 FAX - 508-646-3171 | | | | |
| LIGHTOLIER 631 AIRPORT RD FALL RIVER, MA 02720 | - | | | | | | | | 216.91 |
| Account No. | | | | | Other Bill DAWN - CR MGR 282-8793 PHONE - 610-282-3800 | | | | |
| LUTRON ELECTRONICS PO BOX 643782 PITTSBURGH, PA 15264-3782 | - | | | | | | | | 1,065.55 |
| Account No. | | | | | Other Bill PHONE - 630-773-2929 FAX - 630-773-8867 | | | | |
| M & M LOCK & SAFE LTD. 223 N. WALNUT ITASCA, IL 60143 | - | | | | | | | | 259.74 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,320.02

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ready Electric Supply and Sales Co., Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill PHONE - 216-391-7776 FAX - 216-391-7912 | | | | |
| **MADISON ELECTRIC PRODUCTS P.O. BOX 74025 CLEVELAND, OH 44194-4025** | - | | | | | | | 550.00 |
| Account No. | | | | Other Bill THOMAS & ASSOCIATES PHONE - 800-452-4179 X3371 | | | | |
| **MARLEY ENGINEERED PRODUCTS P.O. BOX 99124 CHICAGO, IL 60693** | - | | | | | | | 265.80 |
| Account No. | | | | Other Bill PHONE - 773/745-4644 FAX - 773/745-5705 | | | | |
| **MASTER FASTENER CO. 5148 W. GRAND AVENUE CHICAGO, IL 60639** | - | | | | | | | 1,514.47 |
| Account No. | | | | Other Bill KAREN A/R PHONE - 502-995-5869 FAX - 502-995-7754 | | | | |
| **MAVERICK TUBE CORP/REPUBLIC CONDUIT P.O. BOX 2406 CAROL STREAM, IL 60132-2406** | - | | | | | | | 3,518.73 |
| Account No. | | | | Other Bill JANET/MIKE PHONE - 312-781-9303 FAX - 312-781-1999 | | | | |
| **MERRITT CREDIT BUREAU 549 W. RANDOLPH STREET CHICAGO, IL 60661-2208** | - | | | | | | | 1,095.00 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,944.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ready Electric Supply and Sales Co., Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill | | | | |
| MICHAEL I. WEISS 991 WHITEHALL DRIVE BUFFALO GROVE, IL 60089 | | - | | | | | | 190,599.59 |
| Account No. | | | | Other Bill Carol X100 A/R PHONE - 773-650-1700 FAX - 773-650-1021 | | | | |
| MIDWEST INDUSTRIAL LIGHTING,INC. 919 W. 38TH STREET CHICAGO, IL 60609 | | - | | | | | | 838.76 |
| Account No. | | | | Other Bill JOANN 888-777-6678 PHONE - 518-743-0523 FAX - 518-743-0536 | | | | |
| MORRIS PRODUCTS INC. 53 CAREY ROAD QUEENSBURY, NY 12804 | | - | | | | | | 2,005.24 |
| Account No. 52-87-29-0000 7 | | | | Utility Bill | | | | |
| NICOR PO BOX 0632 AURORA, IL 60507-0632 | | - | | | | | | 1,147.80 |
| Account No. 63945317 | | | | Other Bill | | | | |
| OFFICE DEPOT PO BOX 88040 CHICAGO, IL 60680-1040 | | - | | | | | | 343.68 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**194,935.07**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ORBIT INDUSTRIES, INC.** <br> **2100 FIGUEROA ST** <br> **LOS ANGELES, CA 90007** | - | | **Other Bill PHONE - 800-906-7248 FAX - 213-745-2015** | | | | 1,408.13 |
| Account No. <br><br> **PEARSON BECKER** <br> **1485 GREENLEAF** <br> **ELK GROVE VLG, IL 60007** | - | | **Other Bill CRAIG OSTLING ED HOWARD PHONE - 847-981-1003** | | | | 237.50 |
| Account No. <br><br> **PICOMA INDUSTRIES** <br> **Lockbox 1280** <br> **PO Box 8500** <br> **Philadelphia, PA 19178-1280** | - | | **Other Bill SHEILA A/P PHONE - 800-Picoma1 FAX - 717-439-4160** | | | | 369.99 |
| Account No. 8540818-001 <br><br> **PITNEY BOWES** <br> **PO BOX 856460** <br> **LOUISVILLE, KY 40285-6390** | - | | **Other Bill REMAINDER OF THE LEASE** | | | | 754.44 |
| Account No. <br><br> **PITNEY BOWES PURCHASE POWER** <br> **PO BOX 856042** <br> **LOUISVILLE, KY 40285-6930** | - | | **Other Bill PHONE - 866-595-1234** | | | | 512.16 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,282.22

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.** ,                                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Other Bill LINDA A/P PHONE - 630-295-6800 FAX - 630-295-6801 | | | | |
| **POWER CELL BATTERY PRODUCTS 191 COVINGTON DRIVE BLOOMINGDALE, IL 60108** | - | | | | | | | 618.00 |
| Account No. | | | | Other Bill PHONE - 800-835-3737 FAX - 630-543-7614 | | | | |
| **POWER POINT PRODUCTS, INC. 301 W. INTERSTATE ROAD ADDISON, IL 60101** | - | | | | | | | 145.74 |
| Account No. | | | | Other Bill PHONE - 800-945-5542 PHONE - 501-372-5444 FAX - 501-372-3169 | | | | |
| **PRIORITY WIRE & CABLE PO BOX 398 NORTH LITTLE ROCK, AR 72115** | - | | | | | | | 365.00 |
| Account No. | | | | Other Bill PHONE - 800-634-8870 | | | | |
| **QUILL PO BOX 37600 PHILADELPHIA, PA 19101-0600** | - | | | | | | | 369.42 |
| Account No. | | | | Other Bill CINDY/AP PHONE - 800-443-4626 FAX - 800-934-8176 | | | | |
| **QUORUM INTERNATIONAL PO BOX 961008 FT. WORTH, TX 76161** | - | | | | | | | 285.96 |

Sheet no. __16__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,784.12**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.**                                         ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **REIFLER, SHARPS & SCHUETZ, LTD. 20 N. WACKER DR. SUITE 4010 CHICAGO, IL 60606** | - | | | Other Bill JOE SCHUETZ - 312-876-2185 PHONE - 312/876-0100 X17 FAX - 312-876-1351 | | | | 8,450.00 |
| Account No. **SATCO PRODUCTS, INC. 110 HEARTLAND BLVD. BRENTWOOD, NY 11717** | - | | | Other Bill PHONE - 631-243-2022 FAX - 631-243-2027 | | | | 639.86 |
| Account No. **SEA BEE SUPPLY CO 390 E. IRVING PARK ROAD WOOD DALE, IL 60191** | - | | | Other Bill Bobby PHONE - 630/860-1293 | | | | 202.35 |
| Account No. **SLI LIGHTING PRODUCTS, INC. 75 REMITTANCE DRIVE SUITE 6448 CHICAGO, IL 60675-6448** | - | | | Other Bill PHONE - 843-464-0554 | | | | 759.90 |
| Account No. **SOUTH ATLANTIC, LLC. P.O. BOX 532946 ATLANTA, GA 30353-2946** | - | | | Other Bill | | | | 117.50 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,169.61

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ready Electric Supply and Sales Co., Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill PHONE - 847/797-4979 | | | | |
| STANLEY CONVERGENT SEC. SOLUTIONS, INC. DEPT. CH 10651 PALATINE, IL 60055-0651 | - | | | | | | | 1,020.96 |
| Account No. | | | | Other Bill MICHELLE X5294 PHONE - 847/228-0400 FAX - 847/228-1352 | | | | |
| STEINER ELECTRIC CO 2665 PAYSPHERE CIRCLE CHICAGO, IL 60674 | - | | | | | | | 676.75 |
| Account No. | | | | Other Bill | | | | |
| Stephen Levy & Assoc. 33 N. LaSalle St. Suite 2800 CHICAGO, IL 60602 | - | | | | | | | 600.00 |
| Account No. | | | | Other Bill TINA PHONE - 818-901-1060 | | | | |
| STONE TOOLS 7625 HAYVENHURST AVE. #39 VAN NUYS, CA 91406 | - | | | | | | | 358.84 |
| Account No. | | | | Other Bill JACKI-A/R PHONE - 800-268-7809 FAX - 905-632-8116 | | | | |
| STRESSCRETE LIMITED 840 WALKERS LINE P.O. BOX 7 WOOD DALE, IL 60191 | - | | | | | | | 1,856.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,512.55

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ready Electric Supply and Sales Co., Inc.**                                  ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill DAWN PHONE - 847-410-4590 DIRECT | | | | |
| **TECH LIGHTING L.L.C 88750 EXPEDITE WAY CHICAGO, IL 60695-1700** | - | | | | | | | 7,487.00 |
| Account No. | | | | Other Bill TOM PHONE - 630/766-0628 FAX - 630/766-0631 | | | | |
| **TJV'S MARATHON SERVICE 389 E. IRVING PARK ROAD WOOD DALE, IL 60191** | - | | | | | | | 1,566.01 |
| Account No. | | | | Other Bill Shannon PHONE - 858-521-1606 MARY MILTON  800-710-8987 ALTERNATE CONTACT | | | | |
| **TRADE SERVICE 15092 AVENUE OF SCIENCE SAN DIEGO, CA 92128** | - | | | | | | | 2,452.25 |
| Account No. | | | | Other Bill PHONE - 630-616-0077 FAX - 630-616-0114 | | | | |
| **TRUPS DISTRIBUTING, INC. 735 N. EDGEWOOD AVE. SUITE I WOOD DALE, IL 60191** | - | | | | | | | 8,210.81 |
| Account No. | | | | Other Bill JASMINE X7552 PHONE - 800-882-5543 | | | | |
| **UNISTRUT CORP. DEPT. CH 10552 PALATINE, IL 60055-0552** | - | | | | | | | 200.00 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,916.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ready Electric Supply and Sales Co., Inc.** ,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Other Bill PATTI PHONE - 888-484-4030 X230 | | | | |
| **UNITED LOGISTICS 1101 CORNWALL ROAD SANFORD, FL 32773** | | | | | | | | 50.00 |
| Account No. | | - | | Other Bill LORI SNYDER PHONE - 972-272-9502 FAX - 972-272-3034 | | | | |
| **UNITY MANUFACTURING C/O EQUITY ELECTRICA P.O. BOX 8500 (S-6155) PHILADELPHIA, PA 19178-6155** | | | | | | | | 38.66 |
| Account No. | | - | | Other Bill PATSY A/R 800-225-5278 X371 PHONE - 615-316-5100 FAX - 615-872-5980 | | | | |
| **UNIVERSAL LIGHTING - MAGNATEK P.O. BOX 405128 ATLANTA, GA 30384 ATLANTA, GA 30384** | | | | | | | | 1,727.40 |
| Account No. | | - | | Other Bill | | | | |
| **UPS LOCKBOX 577 CAROL STREAM, IL 60132-0577** | | | | | | | | 552.10 |
| Account No. 0000-3000-670-038 | | - | | Other Loan Line of credit | | | | |
| **US Bank PO Box 790179 St. Louis, MO 63179-0179** | | | | | | | | 51,575.28 |

Sheet no. __20__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,943.44

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.** _____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit Card iNQUIRIES - 866-485-4545 | | | | |
| US BANK PO BOX 790408 ST LOUIS, MO 63179-0408 | - | | | | | | | |
| | | | | | | | | 8,079.60 |
| Account No. | | | | Other Bill | | | | |
| VERIZON WIRELESS PO BOX 25505 LEHIGH VALLEY, PA 18002-5505 | - | | | | | | | |
| | | | | | | | | 4.36 |
| Account No. | | | | Other Bill PHONE - 847-981-1003 FAX - 847-981-1006  PEARSON BECKER-REP | | | | |
| WALLES COMPANY INC. P.O. BOX 692 HINSDALE, IL 60522-0692 | - | | | | | | | |
| | | | | | | | | 840.00 |
| Account No. | | | | Other Bill VIC PHONE - 847/451-7200 | | | | |
| WESTERN LIGHTING INC. 2349 N. 17TH AVENUE FRANKLIN PARK, IL 60131-3432 | - | | | | | | | |
| | | | | | | | | 389.50 |
| Account No. | | | | Other Bill PHONE - 847-801-5010 FAX - 847-801-5020 | | | | |
| WILLOW ELECTRICAL SUPPLY CO., INC. 3828 DES PLAINES RIVER ROAD SCHILLER PARK, IL 60176 | - | | | | | | | |
| | | | | | | | | 733.76 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,047.22

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ready Electric Supply and Sales Co., Inc.** _____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill TINA - 866-503-7267 PHONE - 847-321-3550 | | | | |
| WIREXPRESS C/O EQUITY ELECTRICAL P.O. BOX 8500 (S-6155) PHILADELPHIA, PA 19178-6155 | - | | | | | | | |
| | | | | | | | | 1,407.50 |
| Account No. | | | | Other Bill RON WARSAWSKI PHONE - 847-548-4264 FAX - 847-548-4265 CWLL - 847-912-9967 cell | | | | |
| WORLDWIDE NETWORK SOLUTIONS 190 WINDING HILL DRIVE ELGIN, IL 60124 | - | | | | | | | |
| | | | | | | | | 174.97 |
| Account No. | | | | Other Bill ROB YOUNG PHONE - 630.750.3691 | | | | |
| ZINOVAS 7236 COTTONWOOD COURT SUITE C WILLOWBROOK, IL 60527 | - | | | | | | | |
| | | | | | | | | 150.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,732.47 |
| Total (Report on Summary of Schedules) | | 454,534.57 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **Ready Electric Supply and Sales Co., Inc.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re __Ready Electric Supply and Sales Co., Inc._____ ,     Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Ready Electric Supply and Sales Co., Inc.**          Case No.
                                                    Debtor(s)     Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date     **January 25, 2011**                    Signature     **/s/ Michael Super**

                                                                **Michael Super**
                                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ready Electric Supply and Sales Co., Inc.**                    Case No.
                                          Debtor(s)            Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                       SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                       SOURCE

---

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

### 6.  Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10.  Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 25, 2011**                    Signature    **/s/ Michael Super**

                                                            **Michael Super**
                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ready Electric Supply and Sales Co., Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2.    $ **299.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 25, 2011**

**/s/ Daniel Giudice**
**Daniel Giudice**
**GIUDICE LAW, LTD.**
**201 North Church Road**
**Bensenville, IL 60106**
**630-595-4520  Fax: 630-595-4598**
**giudicelaw@gmail.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ready Electric Supply and Sales Co., Inc.**                          Case No.
                                                       Debtor(s)         Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **113**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.




Date:   **January 25, 2011**                    **/s/ Michael Super**
                                                 **Michael Super/President**
                                                 Signer/Title

Acme Electrical Corporation
PO Box 3241
Menomonee Falls, WI 53051-3241


Advanced ANR Systems
301 Broadway
Kansas City, MO 64105-1133


All Current Electrical
1529 Admiral Wilson Blvd.
Camden, NJ 08109


American Bare Conductor
421 N. California
Sycamore, IL 60178


American Flourescent
1740 Momentum Place
Chicago, IL 60689-5317


AT&T
PO Box 8100
Aurora, IL 60507-8199


AT&T Mobility
PO Box
Carol Stream, IL 60197-6463


Bensman Light Source
26677 W 12 MILE ROAD
SOUTHFIELD, MI 48034


Breakers Unlimited
15241 STONEY CREEK WAY
OBLESVILLE, IN 46060


Bridgeport Fittings
PO BOX 619
BRIDGEPORT, CT 06601-0619


BRK ELECTRONICS, INC.
5544 PAYSPHERE CIRCLE
CHICAGO, IL 60674

BULBRITE INDUSTRIES
PO BOX 4108
SO. HACKENSACK, NJ 07606-4108

CANDELA CORPORATION
FILE 1033
1801 W. OLYMPIC BLVD.
PASADENA, CA 91199-1033

Capitol One
PO Box 6492
Carol Stream, IL 60197-6492

CHICAGO ELECTRIC MFG.
PO BOX 129
ELMHURST, IL 60126

CHICAGO LIGHTING, INC.
517 W. GOLF ROAD
ARLINGTON HEIGHTS, IL 60005

CHICAGO SWITCHBOARD CO.
470 W. WRIGHTWOOD AVE.
ELMHURST, IL 60126

CITY OF WOOD DALE
PO BOX 396
WOOD DALE, IL 60191-1596

COLE WIRE & CABLE CO., INC.
620 MARGATE DRIVE
LINCOLNSHIRE, IL 60069

COLEMAN / CCI
P.O. BOX 933091
ATLANTA, GA 31193-3091

COLONIAL WIRE & CABLE
P.O. BOX 27031
NEWARK, NJ 07101-6713

COMCAST
P.O. BOX 3001
SOUTHEASTERN, PA 19398-3001

```
CONDUIT PIPE PRODUCTS
P.O. BOX 64180-07
BALTIMORE, MD 21264


COOPER CROUSE HINDS
P.O. BOX 640239
PITTSBURGH, PA 15264-0239


COOPER LIGHTING PNC BANK
P.O. BOX 640460
PITTSBURGH, PA 15264-0460


DURA-PLY ROOFING
151 S. ROHLWING ROAD
ADDISON, IL 60101


E-MON, LLC.
BOX 512415
PHILADELPHIA, PA 19175-2415


EDWARDS SIGNALING
PO BOX 277752
ATLANTA, GA 30384-7752


EIKO
P.O. BOX 870790
KANSAS CITY, MO 64187-0790


ELECOR MFG. LLC.
13 WOOD STREET
WEST HAVEN, CT 06516


ELECTRO TAPE SPECIALTIES, INC.
P.O. BOX 1014
ODESSA, FL 33556


ELMHURST FORD
678 N. YORK ROAD
ELMHURST, IL 60126


ERICKSON ELECTRICAL EQUIPMT. CO.
475 BONNIE LANE
ELK GROVE VILLAGE, IL 60007
```

ERICO
3138 PAYSPHERE CIRCLE
CHICAGO, IL 60674


ETCON C/O EQUITY ELECTRICAL
P.O. BOX 8500 (S-6155)
PHILADELPHIA, PA 19178-6155


EXXON MOBILE - PROCESSING CENTER
PO BOX 688938
DES MOINES, IA 50368-8938


FEDERAL EXPRESS CORP.
PO BOX 1140
MEMPHIS, TN 38101


FLOOD BROTHERS DISPOSAL
P.O. BOX 95229
PALATINE, IL 60095-0229


FUSECO
PO BOX 560547
DALLAS, TX 75356-0547


G.A. CRANDALL & COMPANY
6851 W. 167TH ST.
TINLEY PARK, IL 60477


GALVAN INDUSTRIES - C/O EQUITY ELECTRICA
P.O. BOX 8500 (S-6155)
PHILADELPHIA, PA 19178-6155


GARVIN INDUSTRIES INC.
3700 SANDRA STREET
FRANKLIN PARK, IL 60131


GE INDUSTRIAL SYSTEMS
PO BOX 402497
ATLANTA, GA 30384-2497


GEXPRO
P.O. BOX 100275
ATLANTA, GA 30384

```
GM LIGHTING LLC
P.O. BOX 504204
ST. LOUIS, MO 63150-4204


GRAINGER
DEPT. 801796665
PALATINE, IL 60038


HANOVER INSURANCE CO.
P.O. BOX 580045
CHARLOTTE, NC 28258-0045


HIGUCHI INC., USA
1501 SUMMIT AVE. SUITE #2
PLANO, TX 75074


HINCKLEY SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579


HUBBELL LIGHTING INC.
701 MELLENNIUM BLVD.
GREENVILLE, SC 29607


ILLINOIS DEPARTMENT OF REVENUE
RETAILERS OCCUPATION TAX
SPRINGFIELD, IL 62796-0001


INTERNATIONAL METAL HOSE
520 GOODRICH ROAD
BELLEVUE, OH 44811


INTERSTATE BATTERY
333-A WEST STATE ROAD
ISLAND LAKE, IL 60042


J D INTERNATIONAL
P.O. BOX 668755
POMPANO BEACH, FL 33066


JACK WEISS
2242 VALENCIA DRIVE
NORTHBROOK, IL 60062
```

KENALL MFG. CO.
PO Box 95872
CHICAGO, IL 60694


KICHLER LIGHTING
P.O. BOX 71-3233
COLUMBUS, OH 43271-3233


KING ELECTRICAL MFG. CO.
9301 10TH AVE. SOUTH
SEATTLE, WA 98108-4612


KING INNOVATION
PO BOX 771580
ST. LOUIS, MO 63177


KLEIN TOOLS INC.
450 BOND ST.
LINCOLNSHIRE, IL 60069


KUPISCH  & CARBON, LTD
201 N. CHURCH ROAD
BENSENVILLE, IL 60106


LEW ELECTRIC FITTINGS
1801 W. ST. CHARLES ROAD
MAYWOOD, IL 60153


LIGHTOLIER
631 AIRPORT RD
FALL RIVER, MA 02720


LUTRON ELECTRONICS
PO BOX 643782
PITTSBURGH, PA 15264-3782


M & M LOCK & SAFE LTD.
223 N. WALNUT
ITASCA, IL 60143


MADISON ELECTRIC PRODUCTS
P.O. BOX 74025
CLEVELAND, OH 44194-4025

MARLEY ENGINEERED PRODUCTS
P.O. BOX 99124
CHICAGO, IL 60693


MASTER FASTENER CO.
5148 W. GRAND AVENUE
CHICAGO, IL 60639


MAVERICK TUBE CORP/REPUBLIC CONDUIT
P.O. BOX 2406
CAROL STREAM, IL 60132-2406


MERRITT CREDIT BUREAU
549 W. RANDOLPH STREET
CHICAGO, IL 60661-2208


MICHAEL I. WEISS
991 WHITEHALL DRIVE
BUFFALO GROVE, IL 60089


MIDWEST INDUSTRIAL LIGHTING,INC.
919 W. 38TH STREET
CHICAGO, IL 60609


MORRIS PRODUCTS INC.
53 CAREY ROAD
QUEENSBURY, NY 12804


NICOR
PO BOX 0632
AURORA, IL 60507-0632


OFFICE DEPOT
PO BOX 88040
CHICAGO, IL 60680-1040


ORBIT INDUSTRIES, INC.
2100 FIGUEROA ST
LOS ANGELES, CA 90007


PEARSON BECKER
1485 GREENLEAF
ELK GROVE VLG, IL 60007

PICOMA INDUSTRIES
Lockbox 1280
PO Box 8500
Philadelphia, PA 19178-1280

PITNEY BOWES
PO BOX 856460
LOUISVILLE, KY 40285-6390

PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6930

POWER CELL BATTERY PRODUCTS
191 COVINGTON DRIVE
BLOOMINGDALE, IL 60108

POWER POINT PRODUCTS, INC.
301 W. INTERSTATE ROAD
ADDISON, IL 60101

PRIORITY WIRE & CABLE
PO BOX 398
NORTH LITTLE ROCK, AR 72115

QUILL
PO BOX 37600
PHILADELPHIA, PA 19101-0600

QUORUM INTERNATIONAL
PO BOX 961008
FT. WORTH, TX 76161

REIFLER, SHARPS & SCHUETZ, LTD.
20 N. WACKER DR.
SUITE 4010
CHICAGO, IL 60606

SATCO PRODUCTS, INC.
110 HEARTLAND BLVD.
BRENTWOOD, NY 11717

SEA BEE SUPPLY CO
390 E. IRVING PARK ROAD
WOOD DALE, IL 60191

SLI LIGHTING PRODUCTS, INC.
75 REMITTANCE DRIVE
SUITE 6448
CHICAGO, IL 60675-6448


SOUTH ATLANTIC, LLC.
P.O. BOX 532946
ATLANTA, GA 30353-2946


STANLEY CONVERGENT SEC. SOLUTIONS, INC.
DEPT. CH 10651
PALATINE, IL 60055-0651


STEINER ELECTRIC CO
2665 PAYSPHERE CIRCLE
CHICAGO, IL 60674


Stephen Levy & Assoc.
33 N. LaSalle St.
Suite 2800
CHICAGO, IL 60602


STONE TOOLS
7625 HAYVENHURST AVE. #39
VAN NUYS, CA 91406


STRESSCRETE LIMITED
840 WALKERS LINE
P.O. BOX 7
WOOD DALE, IL 60191


TECH LIGHTING L.L.C
88750 EXPEDITE WAY
CHICAGO, IL 60695-1700


TJV'S MARATHON SERVICE
389 E. IRVING PARK ROAD
WOOD DALE, IL 60191


TRADE SERVICE
15092 AVENUE OF SCIENCE
SAN DIEGO, CA 92128

TRUPS DISTRIBUTING, INC.
735 N. EDGEWOOD AVE. SUITE I
WOOD DALE, IL 60191


UNISTRUT CORP.
DEPT. CH 10552
PALATINE, IL 60055-0552


UNITED LOGISTICS
1101 CORNWALL ROAD
SANFORD, FL 32773


UNITY MANUFACTURING C/O EQUITY ELECTRICA
P.O. BOX 8500 (S-6155)
PHILADELPHIA, PA 19178-6155


UNIVERSAL LIGHTING - MAGNATEK
P.O. BOX 405128 ATLANTA, GA 30384
ATLANTA, GA 30384


UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577


US Bank
PO Box 790179
St. Louis, MO 63179-0179


US BANK
PO BOX 790408
ST LOUIS, MO 63179-0408


VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505


WALLES COMPANY INC.
P.O. BOX 692
HINSDALE, IL 60522-0692


WESTERN LIGHTING INC.
2349 N. 17TH AVENUE
FRANKLIN PARK, IL 60131-3432

WILLOW ELECTRICAL SUPPLY CO., INC.
3828 DES PLAINES RIVER ROAD
SCHILLER PARK, IL 60176


WIREXPRESS C/O EQUITY ELECTRICAL
P.O. BOX 8500 (S-6155)
PHILADELPHIA, PA 19178-6155


WORLDWIDE NETWORK SOLUTIONS
190 WINDING HILL DRIVE
ELGIN, IL 60124


ZINOVAS
7236 COTTONWOOD COURT
SUITE C
WILLOWBROOK, IL 60527

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ready Electric Supply and Sales Co., Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ready Electric Supply and Sales Co., Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 25, 2011**

Date

**/s/ Daniel Giudice**

**Daniel Giudice**

Signature of Attorney or Litigant

Counsel for   **Ready Electric Supply and Sales Co., Inc.**

**GIUDICE LAW, LTD.**
**201 North Church Road**
**Bensenville, IL 60106**
**630-595-4520 Fax:630-595-4598**
**giudicelaw@gmail.com**